RECEIVED
USDC, WESTERN DISTRICT OF LA.
TONY R. MOORE, CLERK
DATE 1/4/13
BY DM

# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# MONROE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 12-0118** |
| **VERSUS** | * | **JUDGE TOM STAGG** |
| **HORATIO BENTON** | * | **MAG. JUDGE KAREN L. HAYES** |

# JUDGMENT

The Report and Recommendation of the Magistrate Judge, having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the District Court accepts the guilty plea of the defendant, Horatio Benton, and adjudges him guilty of the offense charged in Count One of the indictment against him.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the District Court accepts defendant, Horatio Benton's agreement to forfeit and abandon his interest in any firearm and ammunition seized as a result of the investigation of this matter.

THUS DONE AND SIGNED in chambers, this __4th__ day of __January__, 2013, Shreveport, Louisiana.

_____
TOM STAGG
UNITED STATES DISTRICT JUDGE